UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STANLEY MELVIN,<br><br>         Plaintiff,<br>    v.<br>CITY OF RENO,<br><br>         Defendants. | Case No. 3:13-cv-00166-MMD-WGC<br><br>ORDER |
|---|---|

Plaintiff Melvin submitted an application to proceed *in forma pauperis* and a civil rights complaint, and has recently filed a Motion to Dismiss the Complaint. (Dkt. no. 4.) Because no party has been served or responded, FED.R.CIV.P. 41(1), the motion to dismiss will be GRANTED. The application to proceed in *forma pauperis* (dkt. no. 1) is GRANTED. The action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter judgment accordingly.

DATED THIS 5th day of June 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE